

ELLIOT ENOKI
United States Attorney
District of Hawaii

EDWARD H. KUBO, JR.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR01-00343 HG |
| Plaintiff, ) | INFORMATION |
| vs. ) | [8 U.S.C. § 1325(a)(3)] |
| MARIA DE FATIMA CHEUNG, ) | |
| Defendant. ) | |

INFORMATION

The United States Attorney charges that:

On or about December 5, 2000, in the District of Hawaii, MARIA DE FATIMA CHEUNG, Defendant herein, being an alien did enter and obtain entry to the United States by a willfully false and misleading representation and the willful concealment of a material fact, namely, that Defendant represented that she intended to be a non-immigrant visitor for pleasure, when in

truth and in fact, the Defendant intended to enter the United States for employment purposes.

All in violation of Title 8, United States Code, Sections 1325(a)(3).

DATED:   AUGUST 23,  , 2001 at Honolulu, Hawaii.

_____
ELLIOT ENOKI
UNITED STATES ATTORNEY

_____
EDWARD H. KUBO, JR.
ASSISTANT U.S. ATTORNEY

Untied States v. Maria De Fatima Cheung;
Cr. No. _____
INFORMATION

2